ORIGINAL

FILED

04/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0174

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0174

FILED

APR - 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ROBERT REICH,

Petitioner,

v.

RAY VAUGHN, CAPTAIN,
BUTTE-SILVER BOW COUNTY DETENTION
CENTER,

Respondent.

ORDER

Self-represented Petitioner Robert Reich petitions this Court for habeas corpus relief, indicating that his incarceration is illegal because his bail is excessive. Reich is being held in the Butte-Silver Bow County Detention Center. We observe that while Reich served a copy of his Petition to the Attorney General, he did not serve a copy upon the County Attorney. Section 46-22-206(1), MCA.

Reich believes his bail of $1,000,000.00 is excessive. He states that he is being held on five felony charges—robbery, two counts of burglary, theft, and criminal possession of dangerous drugs. Reich explains that he was told that he would have bail or charges within 72 hours and that, instead, he was held for six days before his initial appearance. He claims that his Probation and Parole Officer as well as the Butte Police Department conducted an illegal search of where he was staying. He contends that the seizure of the white powder was illegal because it was not his. He alleges that the bail amount is "clearly violating [his] right to a reasonable bail with no [regard] to the criminal due process." Reich requests his immediate release and dismissal of all charges.

This Court secured a copy of the court's docket sheet. In the Butte-Silver Bow County District Court, Reich received a sentence in July 2018, and the District Court revoked his suspended sentence in October 2023. Reich was on probation when he allegedly committed new offenses. Reich includes a copy of the charging document as

well as the March 6, 2024 Department of Corrections' authorization to pick up and hold a probationer. The Department of Corrections suggested a $500,000 bond and pointed out the various investigations for the felony charges, citing to § 46-23-1012, MCA. On March 8, 2024, the State filed a Petition for Revocation of Suspended Sentence in his 2018 case.

While Reich contends that his bail is excessive, he has not demonstrated want of bail, pursuant to § 46-22-103, MCA. The District Court imposed a bail amount, based on its discretion. This Court has determined that a district court has the discretion to grant or deny release and bail as well to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Ct.*, 2021 MT 201, ¶ 11, 405 Mont. 192, 492 P.3d 1213. Reich's claims of constitutional violations are not remedied by a writ of habeas corpus. *Gates v. Missoula County Comm'rs*, 235 Mont. 261, 262, 766 P.2d 884, 884-85 (1988).

Reich is not entitled to dismissal of the charges or his immediate release. As a probationer, Reich was informed of the probationary conditions and that he is subject to supervision by the Department of Corrections. Section 46-23-1011(1), (3), MCA. We conclude that Reich is not entitled to habeas corpus relief. When Reich receives a final judgment, he has the remedy of appealing that decision to this Court. M. R. App. P. 4(5)(b)(i); § 46-20-104(1), MCA. Accordingly,

IT IS ORDERED that Reich's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Robert J. Whelan, District Court Judge; Beth Parks, Clerk of Court, under Cause No. DC-18-103 and to Reich's Defense Counsel; counsel of record; Ann Shea, County Attorney and Aaron Rains, Deputy County Attorney, along with a copy of Reich's Petition; Ray Vaughn; and Robert Reich personally.

DATED this 9 — day of April, 2024.

_____
Chief Justice

2

_____

_____

_____

_____
Justices

3